ANDREW K. NIETOR
California Bar No. 208784
110 West C Street, Suite 707
San Diego, California 92101
Telephone: (619) 794-2386

FILED

APR 2 4 2008

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARBARA LYNN MAJOR)

08CR 1302-W

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 08mj1136-BLM |
| Plaintiff, ) | |
| v. ) | |
| JOSE ANTONIO NUNEZ SANDOVAL, ) | SUBSTITUTION OF ATTORNEY |
| Defendant. ) | |

Jose Antonio Nunez Sandoval, above-named defendant, hereby substitutes Andrew K. Nietor as his attorney of record. Previous counsel is relieved of all responsibility in this case.

DATED: 4/15/08

Jose Antonio Nunez Sandoval

DATED: 4/15/08

Andrew Nietor, substituting attorney

DATED: 4/24/08

Donald LeVine, current attorney

SO ORDERED,

DATED: 4/24/08

Hon. Barbara Lynn Major
United States Magistrate Judge