UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA   P 4: 29

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 08 CR 1302-W |
| Plaintiff ) | CRIMINAL NO. 08MJ 1136 |
| ) | |
| vs. ) | ORDER |
| ) | RELEASING MATERIAL WITNESS |
| NUNEZ SANDOVAL ) | |
| ) | Booking No. |
| Defendant(s) ) | |

On order of the United States ~~District~~/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a ~~material witness~~ be released from custody: (Bond Posted / Case Disposed / Order of Court).

ENRIQUE SORIANO ALVARADO

DATED: 4/24/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
               DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
           Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082