```
 1  KAREN P. HEWITT
    United States Attorney
 2  PAUL S. COOK
    Assistant U.S. Attorney
 3  California State Bar No. 79010
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619)557-5687/(619)235-2757(Fax)
    Email: paul.cook@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

 8                     UNITED STATES DISTRICT COURT

 9                    SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA,   ) | Criminal Case No. 08cr1302-W |
| 11 | Plaintiff, ) ) | NOTICE OF APPEARANCE |
| 12 | v. ) | |
| 13 | JOSE A. NUNEZ SANDOVAL,     ) | |
| 14 | Defendant. ) | |

16   TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17        I, the undersigned attorney, enter my appearance as lead
18   counsel in the above-captioned case.  I certify that I am
19   admitted to practice in this court or authorized to practice under
20   CivLR 83.3.c.3-4.

21        The following government attorneys (who are admitted to
22   practice in this court or authorized to practice under CivLR
23   83.3.c.3-4) are also associated with this case, should be listed
24   as lead counsel for CM/ECF purposes, and should receive <u>all</u>
25   Notices of Electronic Filings relating to activity in this case:
26        <u>Name</u> - "None"

1     Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

    Please call me if you have any questions about this notice.

    DATED: May 30, 2008.

                      Respectfully submitted,

                      KAREN P. HEWITT
                      United States Attorney

                      s/Paul S. Cook
                      PAUL S. COOK
                      Assistant United States Attorney
                      Attorney for Plaintiff
                      United States of America
                      Email: paul.cook@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr1302-W |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| JOSE A. NUNEZ SANDOVAL, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, PAUL S. COOK, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Andrew Nietor
NietorLaw@yahoo.com

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 30, 2008.

s/Paul S. Cook
PAUL S. COOK

3